FISHER & PHILLIPS, LLP
JENNIFER A. FORNETTI (NBN 7644)
BRANDON A. BORN, ESQ. (NBN 15181)
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101
Telephone: (702) 252-3131
E-Mail Address: jfornetti@fisherphillips.com
E-Mail Address: bborn@fisherphillips.com
*Attorneys for AdvanStaff, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TANIA AGUILAR, an individual; | Case No: 2:25-cv-02519-JAD-NJK |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| vs. | |
| LAW OFFICE OF DAVID CHURCHILL, an entity of unknown form; TANNER CHURCHILL ANDERSON PLLC, a Nevada professional limited liability company; ADVANSTAFF, INC., a Nevada Corporation; GATEWAY PROPERTY MANAGEMENT, LLC dba GATEWAY PROPERTY MANAGEMENT, a Nevada Limited liability company, | **(SECOND REQUEST)** |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties' counsel of record that Defendant Advanstaff, Inc. will have an extension of time up to and including **March 16, 2026**, in which to file a responsive pleading to Plaintiff's Complaint (ECF No. 1). This Stipulation is submitted and based on the following:

1.    Defendant Advanstaff, Inc. was served on December 22, 2025 (ECF No.6).

2.    Defendant AdvanStaff retained counsel, who is still in the process of investigating Plaintiff's allegations.

- 1 -

FP 62112122.1

3. The Court granted AdvanStaff the first extension on February 2, 2026 (ECF No. 8).

4. This is the second stipulation to extend the time for Defendant Advanstaff, Inc. to respond to Plaintiff's Complaint

5. This second requested extension is presented to allow counsel for Advanstaff, who now represents additional parties, additional time to investigate Plaintiff's claims and sufficient time to coordinate and prepare a response to the Complaint.

6. The parties have agreed to extend the deadline for Defendant Advanstaff, Inc. to file its response to Plaintiff's Complaint until March 16, 2026, to allow Defendant Advanstaff, Inc. sufficient time to address the allegations within Plaintiff's Complaint.

7. The parties believe these circumstances constitute good cause for granting an extension. *See* Fed. R. Civ. P. 6(b)(1).

8. This Stipulation is made in good faith and not for the purpose of delay.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

- 2 -

FP 62112122.1

9.    Nothing in this Stipulation and Order shall operate to waive, relinquish, or impair any claim, defense, objection, or right of any party in this case. Further, nothing in this Stipulation and Order shall be construed as an admission of or consent to the merit or validity of any claim, defense, objection, or right by any party in this case.

DATED this 2nd day of March, 2026.

GREENBERG GROSS, LLP                    FISHER & PHILLIPS, LLP


    /s/David C. Kiebler                          /s/ Jennifer A. Fornetti
Jemma E. Dunn, Esq.                      Jennifer A. Fornetti, Esq.
Matthew T. Hale, Esq.                    Elizabeth A. Hanson, Esq.
David C. Kiebler, Esq.                   300 S. Fourth Street
Michael A. Burnette, Esq.                Suite 1500
1980 Festival Plaza Drive                Las Vegas, Nevada 89101
Suite 730                                *Attorneys for Defendants*
Las Vegas, NV 89135
*Attorneys for Plaintiff*


                                         **No further extensions of this**
                              **ORDER**   **deadline will be granted.**

        IT IS SO ORDERED:

                                         _____
                                         U.S. ~~DISTRICT~~ MAGISTRATE JUDGE

                                          March 2, 2026
                                         _____
                                         DATED

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

- 3 -

FP 62112122.1