**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Tania Aguilar,

     Plaintiff(s),

v.

Law Office of David Churchill, et al.,

     Defendant(s).

Case No. 2:25-cv-02519-JAD-NJK

**Order**

Pending before the Court is an order to show cause why Defendant Gateway Property Management should not be dismissed for failure to prosecute. Docket No. 15. Plaintiff filed a response representing that there have been discussions as to whether Gateway Property Management was properly sued and that Plaintiff's counsel continues to investigate that issue. *See* Docket No. 16. At this point, the parties have had ample time to address that issue and the case train is otherwise leaving the station. *See* Docket No. 17 (discovery plan). Given that Gateway Property Management does not have counsel, however, the Court will err on the side of caution and **discharge** the order to show cause. If Gateway Property Management has not filed a response to the complaint in the interim, Plaintiff must file a status report on this issue by April 21, 2026.

IT IS SO ORDERED.

Dated: March 31, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

1