FISHER & PHILLIPS, LLP
JENNIFER A. FORNETTI (NBN 7644)
BRANDON A. BORN, ESQ. (NBN 15181)
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101
Telephone: (702) 252-3131
E-Mail Address: jfornetti@fisherphillips.com
E-Mail Address: bborn@fisherphillips.com
*Attorneys for Defendants David J. Churchill A Professional Corp. dba Injury Lawyers of Nevada, erroneously sued as Law Office of David Churchill and AdvanStaff, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TANIA AGUILAR, an individual; | Case No: 2:25-cv-02519-JAD-NJK |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT** |
| LAW OFFICE OF DAVID CHURCHILL, an entity of unknown form; ADVANSTAFF, INC., a Nevada Corporation; | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendants David J. Churchill A Professional Corp. dba Injury Lawyers of Nevada, erroneously sued as Law Office of David Churchill ("Churchill"), and AdvanStaff, Inc. ("AdvanStaff") (collectively, "Defendants"), by and through their respective counsel of record, that Defendants shall have an extension of time, up to and including **July 20, 2026**, to file their responsive pleading or other response to Plaintiff's Amended Complaint for Damages (ECF No. 27). This Stipulation is submitted in good faith and is based on the following:

- 1 -

FP 64818192.1

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

1. Plaintiff filed her Amended Complaint for Damages on June 10, 2026 (ECF No. 27).

2. On June 16, 2026, the parties filed a Stipulation and Order to File First Amended Complaint. (ECF No. 28).

3. On June 17, 2026, the Court denied the parties' Stipulation and Order to File First Amended Complaint because the stipulation did not clarify whether the parties were stipulating to permit Plaintiff to proceed on the Amended Complaint for Damages that had already been filed.  (ECF No. 29).

4. That same day, the parties filed a Renewed Stipulation and Order to File First Amended Complaint, clarifying that the parties were stipulating to permit Plaintiff to proceed on the already-filed First Amended Complaint. (ECF No. 30).

5. On June 18, 2026, the Court granted the parties' Renewed Stipulation and Order to File First Amended Complaint. (ECF No. 31).

6. On June 25, 2026, the parties attended the Early Neutral Evaluation session in good faith in an effort to resolve the matter, but the case did not resolve. (ECF No. 32).

7. Following the Court's June 18, 2026 Order allowing Plaintiff to proceed on the First Amended Complaint, and following the unsuccessful Early Neutral Evaluation, Defendants are evaluating the appropriate responsive pleading or other response to Plaintiff's First Amended Complaint.

8. The parties have agreed to extend Defendants' deadline to respond to Plaintiff's First Amended Complaint through July 20, 2026, to allow Defendants sufficient time to complete that evaluation and prepare the appropriate response.

9. This is the first stipulation to extend Defendants' deadline to respond to Plaintiff's Amended Complaint for Damages.

10. The requested extension is reasonable, limited in duration, and will not prejudice any party or affect any existing case deadlines.

- 2 -

FP 64818192.1

11. The parties submit that these circumstances constitute good cause for the requested extension under Fed. R. Civ. P. 6(b)(1).

12. This Stipulation is made in good faith and not for the purpose of delay.

13. Nothing in this Stipulation and Order shall operate as a waiver, relinquishment, limitation, or impairment of any claim, defense, objection, argument, or right of any party. Nothing in this Stipulation and Order shall be construed as an admission concerning the merit or validity of any claim, defense, objection, argument, or right asserted or available in this action.

DATED this 6th day of July, 2026.

GREENBERG GROSS, LLP

/s/ David C. Kiebler
Jemma E. Dunn, Esq.
Matthew T. Hale, Esq.
David C. Kiebler, Esq.
1980 Festival Plaza Drive
Suite 730
Las Vegas, NV 89135
*Attorneys for Plaintiff*

FISHER & PHILLIPS, LLP

/s/ Brandon A. Born
Jennifer A. Fornetti, Esq.
Brandon A. Born, Esq.
300 S. Fourth Street
Suite 1500
Las Vegas, Nevada 89101
*Attorneys for Defendants*

**ORDER**

IT IS SO ORDERED:

_____
United States Magistrate Judge
July 7, 2026
_____
DATED

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

- 3 -

FP 64818192.1