FISHER & PHILLIPS, LLP
JENNIFER A. FORNETTI (NBN 7644)
BRANDON A. BORN, ESQ. (NBN 15181)
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101
Telephone: (702) 252-3131
E-Mail Address: jfornetti@fisherphillips.com
E-Mail Address: bborn@fisherphillips.com
*Attorneys for AdvanStaff, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TANIA AGUILAR, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>LAW OFFICE OF DAVID CHURCHILL, an entity of unknown form; TANNER CHURCHILL ANDERSON PLLC, a Nevada professional limited liability company; ADVANSTAFF, INC., a Nevada Corporation; GATEWAY PROPERTY MANAGEMENT, LLC dba GATEWAY PROPERTY MANAGEMENT, a Nevada Limited liability company,<br><br>Defendants. | Case No: 2:25-cv-02519-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT – ADVANDSTAFF ONLY**<br><br>**(SECOND REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendants David J. Churchill A Professional Corp. dba Injury Lawyers of Nevada, erroneously sued as Law Office of David Churchill ("Churchill"), and AdvanStaff, Inc. ("AdvanStaff") (collectively, "Defendants"), by and through their respective counsel of record, that AdvanStaff shall have an extension of time, up to and including **July 27, 2026**, to file their responsive pleading or other response to Plaintiff's Amended Complaint for Damages (ECF No. 27). This Stipulation is submitted in good faith and is based on the following:



FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

1. Plaintiff filed her Amended Complaint for Damages on June 10, 2026 (ECF No. 27).

2. On June 16, 2026, the parties filed a Stipulation and Order to File First Amended Complaint. (ECF No. 28).

3. On June 17, 2026, the Court denied the parties' Stipulation and Order to File First Amended Complaint because the stipulation did not clarify whether the parties were stipulating to permit Plaintiff to proceed on the Amended Complaint for Damages that had already been filed. (ECF No. 29).

4. That same day, the parties filed a Renewed Stipulation and Order to File First Amended Complaint, clarifying that the parties were stipulating to permit Plaintiff to proceed on the already-filed First Amended Complaint. (ECF No. 30).

5. On June 18, 2026, the Court granted the parties' Renewed Stipulation and Order to File First Amended Complaint. (ECF No. 31).

6. On July 6, 2026, the parties submitted a Stipulation and Order to Extend Time to Respond to First Amended Complaint (First Request) until July 20, 2026. (ECF No. 33).

7. The Court granted this stipulation on July 7, 2026 (ECF No. 34).

8. Defendant Churchill filed an Answer to Plaintiff's Amended Complaint on July 20, 2026 (ECF No. 37).

9. AdvanStaff intends to file a separate response addressing the claims asserted against it and the distinct legal and factual issues concerning its alleged role in Plaintiff's employment. AdvanStaff requires a brief additional period to complete its review of the Amended Complaint, finalize its response, and ensure that the filing accurately and efficiently presents those issues to the Court.

10. The requested extension is limited to seven days and will not affect any other presently scheduled deadline or proceeding in this action.

11. The parties submit that these circumstances constitute good cause for the requested extension under Fed. R. Civ. P. 6(b)(1).

12. This is AdvanStaff's second request for an extension of the deadline to respond to the Amended Complaint.

13. This Stipulation is made in good faith and not for the purpose of delay.

14. Nothing in this Stipulation and Order shall operate as a waiver, relinquishment, limitation, or impairment of any claim, defense, objection, argument, or right of any party. Nothing in this Stipulation and Order shall be construed as an admission concerning the merit or validity of any claim, defense, objection, argument, or right asserted or available in this action.

DATED this 20th day of July, 2026.

GREENBERG GROSS, LLP

*/s/David C. Kiebler*
Jemma E. Dunn, Esq.
Matthew T. Hale, Esq.
David C. Kiebler, Esq.
Michael A. Burnette, Esq.
1980 Festival Plaza Drive
Suite 730
Las Vegas, NV 89135
*Attorneys for Plaintiff*

FISHER & PHILLIPS, LLP

*/s/ Jennifer A. Fornetti*
Jennifer A. Fornetti, Esq.
Brandon A. Born, Esq.
300 S. Fourth Street
Suite 1500
Las Vegas, Nevada 89101
*Attorneys for Defendants*

**ORDER**

IT IS SO ORDERED:

United States Magistrate Judge

July 21, 2026

DATED





FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101