FISHER & PHILLIPS, LLP
JENNIFER A. FORNETTI (NBN 7644)
JUDY SANDERLIN (NBN 16977)
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101
Telephone: (702) 252-3131
E-Mail Address: jfornetti@fisherphillips.com
E-Mail Address: jsanderlin@fisherphillips.com
*Attorneys for Defendants David J. Churchill A Professional Corp. dba Injury Lawyers of Nevada, erroneously sued as Law Office of David Churchill*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TANIA AGUILAR, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>LAW OFFICE OF DAVID CHURCHILL, an entity of unknown form; TANNER CHURCHILL ANDERSON PLLC, a Nevada professional limited liability company; ADVANSTAFF, INC., a Nevada Corporation; GATEWAY PROPERTY MANAGEMENT, LLC dba GATEWAY PROPERTY MANAGEMENT, a Nevada Limited liability company,<br><br>Defendants. | Case No: 2:25-cv-02519-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>**(THIRD REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendants David J. Churchill A Professional Corp. dba Injury Lawyers of Nevada, erroneously sued as Law Office of David Churchill ("Churchill"), and AdvanStaff, Inc. ("AdvanStaff") (collectively, "Defendants"), by and through their respective counsel of record, that AdvanStaff shall have an extension of time, up to and including **October 1,**





FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

**2026**, to file their responsive pleading or other response to Plaintiff's Second Amended Complaint for Damages (ECF No. 48).

This Stipulation is submitted in good faith and is based on the following:

1. On September 2, 2026, the Court granted Defendant AdvanStaff, Inc.'s Motion to Dismiss with leave to amend. (ECF No. 47)

2. Plaintiff filed her Second Amended Complaint for Damages on September 9, 2026 (ECF No. 48).

3. The parties are engaged in good faith discussions regarding a potential resolution of this matter. Additional time is needed to allow those discussions to continue and to avoid the unnecessary expenditure of time and resources while the parties explore whether a resolution can be reached.

4. The requested extension is limited to seven days and will not affect any other presently scheduled deadline or proceeding in this action.

5. The parties submit that these circumstances constitute good cause for the requested extension under Fed. R. Civ. P. 6(b)(1).

6. This Stipulation is made in good faith and not for the purpose of delay.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

7. Nothing in this Stipulation and Order shall operate as a waiver, relinquishment, limitation, or impairment of any claim, defense, objection, argument, or right of any party. Nothing in this Stipulation and Order shall be construed as an admission concerning the merit or validity of any claim, defense, objection, argument, or right asserted or available in this action.

DATED this 23rd day of September, 2026.

GREENBERG GROSS, LLP

*/s/ David C. Kiebler*
Jemma E. Dunn, Esq.
Matthew T. Hale, Esq.
David C. Kiebler, Esq.
Michael A. Burnette, Esq.
1980 Festival Plaza Drive
Suite 730
Las Vegas, NV 89135
*Attorneys for Plaintiff*

FISHER & PHILLIPS, LLP

*/s/ Jennifer A. Fornetti*
Jennifer A. Fornetti, Esq.
Brandon A. Born, Esq.
300 S. Fourth Street
Suite 1500
Las Vegas, Nevada 89101
*Attorneys for Defendants*

**ORDER**

IT IS SO ORDERED:

United States Magistrate Judge

September 24, 2026

DATED





FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101